# United States Court of Appeals
## For the First Circuit

### DOCKETING STATEMENT

**No.** 22-10038-IT      **Short Title:** US v. Legassa

**Type of Action**

- [ ] Civil
- [x] Criminal/Prisoner
- [ ] Cross Appeal

A. Timeliness of Appeal
   1. Date of entry of judgment or order appealed from 3/1/24
   2. Date this notice of appeal filed 3/1/24
      If cross appeal, date first notice of appeal filed _____
   3. Filing date of any post-judgment motion filed by any party which tolls time under Fed. R. App. P. 4(a)(4) or 4(b) N/A
   4. Date of entry of order deciding above post-judgment motion N/A
   5. Filing date of any motion to extend time under Fed. R. App. P. 4(a)(5), 4(a)(6) or 4(b) N/A
      Time extended to N/A

B. Finality of Order or Judgment
   1. Is the order or judgment appealed from a final decision on the merits?  [x] Yes   [ ] No
   2. If no,
      a. Did the district court order entry of judgment as to fewer than all claims or all parties pursuant to Fed. R. C. P. 54(b)?  [ ] Yes   [x] No
         If yes, explain _____
      b. Is the order appealed from a collateral or interlocutory order reviewable under any exception to the finality rule?  [ ] Yes   [x] No
         If yes, explain _____

C. Has this case previously been appealed?  [ ] Yes   [x] No
   If yes, give the case name, docket number and disposition of each prior appeal
   _____

D. Are any related cases or cases raising related issues pending in this court, any district court of this circuit, or the Supreme Court?  [ ] Yes   [x] No
   If yes, cite the case and manner in which it is related on a separate page. If abeyance or consolidation is warranted, counsel must file a separate motion seeking such relief.

E. Were there any in-court proceedings below? ☑ Yes ☐ No
   If yes, is a transcript necessary for this appeal? ☑ Yes ☐ No
   If yes, is transcript already on file with district court? ☑ Yes ☐ No

F. List each adverse party to the appeal. If no attorney, give address and telephone number of the adverse party. Attach additional page if necessary.

   1. Adverse party **United States**
      Attorney **Ben Saltzman**
      Address **USAO, One Courthouse Way, Boston, 02210**
      Telephone **617-748-3100**

   2. Adverse party _____
      Attorney _____
      Address _____
      Telephone _____

   3. Adverse party _____
      Attorney _____
      Address _____
      Telephone _____

G. List name(s) and address(es) of appellant(s) who filed this notice of appeal and appellant's counsel. Attach additional page if necessary.

   1. Appellant's name **Ariel Legassa**
      Address **Burlington, CT 06013**
      Telephone _____

      Attorney's name **E Peter Parker**
      Firm _____
      Address **33 Bradford St Concord MA 01742**
      Telephone **617-742-9099**

   2. Appellant's name _____
      Address _____
      Telephone _____

      Attorney's name _____
      Firm _____
      Address _____
      Telephone _____

   Will you be handling the appeal? (In criminal cases counsel below will handle the appeal unless relieved by this court.) ☐ Yes ☑ No

Fed. R. App. P. 12(b) provides that each attorney who files a notice of appeal must file with the clerk of the court of appeals a statement naming each party represented on appeal by that attorney. 1st Cir. R. 12.0 requires that statement in the form of an appearance.

Signature  s/s E Peter Parker
Date  3/6/24