CJA 24 AUTHORIZATION AND VOUCHER FOR PAYMENT OF TRANSCRIPT (Rev 10/23)

| 1 CIR/DIST/DIV CODE | 2 PERSON REPRESENTED | | VOUCHER NUMBER | |
|---|---|---|---|---|
| 01AC | Ariel Legassa | | | |
| 3 MAG DKT/DEF NUMBER | 4 DIST DKT/DEF NUMBER | 5 APPEALS DKT/DEF NUMBER | | 6 OTHER DKT NUMBER |
| | 1:22-cr-10038-IT-1 | 12-1209 | | |
| 7 IN CASE/MATTER OF (Case Name) | 8 PAYMENT CATEGORY | 9 TYPE PERSON REPRESENTED | | 10 REPRESENTATION TYPE (See Instructions) |
| US v. Legassa | [x] Felony  ☐ Petty Offense | [x] Adult Defendant  ☐ Appellant | | TD |
| | ☐ Misdemeanor  ☐ Other | ☐ Juvenile Defendant  ☐ Appellee | | |
| | ☐ Appeal | ☐ Other | | |

11 OFFENSE(S) CHARGED (Cite U S Code, Title & Section) If more than one offense, list (up to five) major offenses charged, according to severity of offense.
18 U.S.C. s. 1341, 18 U.S.C. s. 1957

## REQUEST AND AUTHORIZATION FOR TRANSCRIPT

12 PROCEEDING IN WHICH TRANSCRIPT IS TO BE USED (Describe briefly)

Appeal

13 PROCEEDING TO BE TRANSCRIBED (Describe specifically). NOTE: The trial transcripts are not to include prosecution opening statement, defense opening statement, prosecution argument, defense argument, prosecution rebuttal, voir dire or jury instructions, unless specifically authorized by the Court (see Item 14).

Trial 10/30/23 - 11/3/23, sentencing 2/27/24, pretrial hearing 10/20/23.

14 SPECIAL AUTHORIZATIONS — JUDGE'S INITIALS

A. Apportioned Cost _____ % of transcript with (Give case name and defendant)

B. ☐ 14-Day Transcript  ☐ 7-Day  ☐ 3-Day  ☐ Next-Day  ☐ 2-Hour  ☐ Realtime Unedited

C. [x] Prosecution Opening Statement  [x] Prosecution Argument  [x] Prosecution Rebuttal
[x] Defense Opening Statement  [x] Defense Argument  [x] Voir Dire  [x] Jury Instructions

D. In this multi-defendant case, commercial duplication of transcripts will impede the delivery of accelerated transcript services to persons proceeding under the Criminal Justice Act

15 ATTORNEY'S STATEMENT

As the attorney for the person represented who is managed above, I hereby affirm that the transcript requested is necessary for adequate representation I, therefore, request authorization to obtain the transcript services at the expense of the United States pursuant to the Criminal Justice Act

/s/ E. Peter Parker  3/6/24
Signature of Attorney  Date

E Peter Parker  617-742-9099
Printed Name  Telephone Number

[x] Panel Attorney  ☐ Retained Attorney  ☐ Pro-Se  ☐ Legal Organization

16 COURT ORDER

Financial eligibility of the person represented having been established to the Court's satisfaction the authorization requested in Item 15 is hereby granted

_____
Signature of Presiding Judge or By Order of the Court

_____  _____
Date of Order    Nunc Pro Tunc Date

## CLAIM FOR SERVICES

17 COURT REPORTER/TRANSCRIBER STATUS

☐ Official  ☐ Contract  ☐ Transcriber  ☐ Other

18 PAYEE'S NAME AND MAILING ADDRESS

19 SOCIAL SECURITY NUMBER OR EMPLOYER ID NUMBER OF PAYEE

Telephone Number:

| 20 TRANSCRIPT | INCLUDE PAGE NUMBERS | NO OF PAGES | RATE PER PAGE | SUB-TOTAL | LESS AMOUNT APPORTIONED | TOTAL |
|---|---|---|---|---|---|---|
| Original | | | | | | |
| Copy | | | | | | |
| Expense (Itemize) | | | | | | |
| | | | | TOTAL AMOUNT CLAIMED: | | |

21 CLAIMANT'S CERTIFICATION OF SERVICE PROVIDED

I hereby certify that the above claim is for services rendered and is correct, and that I have not sought or received payment (compensation or anything of value) from any other source for these services

Signature of Claimant/Payee _____  Date _____

## ATTORNEY CERTIFICATION

22 CERTIFICATION OF ATTORNEY OR CLERK I hereby certify that the services were rendered and that the transcript was received

Signature of Attorney or Clerk _____  Date _____

## APPROVED FOR PAYMENT — COURT USE ONLY

23 APPROVED FOR PAYMENT

Signature of Judge or Clerk of Court _____  Date _____

24 AMOUNT APPROVED