# United States Court of Appeals
## For the First Circuit

**FORM FOR SELECTION OF COUNSEL ON APPEAL**

No. 24-1209; US v. Legassa

I wish to be represented in the following manner on appeal:

\_\_\_\_ I wish to represent myself and proceed as pro se.

\_\_\_\_ I request E. Peter Parker, who represented me in the district court, be appointed to represent me.

_X_ _ I request that the court appoint new counsel to represent me.

\_\_\_\_ I have retained Attorney _____ to represent me.

Date: March 6, 2024

Ariel Legassa
(Print Name)

_____
(Reg. No.)

_____
(Address)
Burlington, CT
(City, State, Zip)

/s/ Ariel Legassa
(Signature)

Return to:
UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT
John Joseph Moakley
United States Courthouse
1 Courthouse Way, Suite 2500
Boston, MA 02210

Pursuant to Fed. R. App. P. 25, defendant must also serve a copy of this form on defendant's current counsel and the government's counsel.

**FAILURE TO TIMELY RETURN THIS FORM TO THE CLERK'S OFFICE MAY DELAY PROSECUTION OF YOUR APPEAL**