No. 24-1209

UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT

_____

UNITED STATES OF AMERICA
Appellee

v.

ARIEL LEGASSA
Appellant

_____

ASSENTED MOTION FOR ENLAREMENT OF TIME TO FILE BRIEF

With the assent of the government, the defendant, Ariel Legassa, hereby moves this Honorable Court to enlarge the time for filing his brief and appendix from August 5, 2024 through September 20, 2024. Mr. Legassa states the following grounds in support of this motion:

1. This is an appeal from Ariel Legassa's conviction on seven counts of Mail Fraud (18 U.S.C. § 1341) and three counts of money laundering (18 U.S.C. § 1957) after a five-day jury trial that concluded on November 3, 2023. On February 27, 2024, Mr. Legassa was sentenced to 42 months in the custody of the Bureau of Prisons, and was ordered to self-report on April 8, 2024.

2. On June 26, this Court set a briefing schedule that set a date of August 5 for the filing of defendant's brief.

3. The undersigned counsel was effectively on leave from work for most of the second half of March through the beginning of May for family medical/bereavement reasons, returning in the second week of May to a significant backlog. As a result, counsel was not able to devote the time and attention to this matter that would have been required to review the transcripts with Mr. Legassa, identify and discuss issues to be raised, and prepare the brief by the initial deadline.

3. In an email exchange between July 24 and 25, AUSA Donald Lockhart indicated the government's assent to this motion.

4. Counsel has advised Mr. Legassa of the filing of this motion, and a copy of the motion is being mailed to him.

5. No party will be prejudiced.

WHEREFORE, Mr. Legassa respectfully requests this Honorable Court to grant this motion and enlarge the time for filing Mr. Legassa's brief and appendix through September 20, 2024.

                Respectfully submitted,

                ARIEL LEGASSA
                By his Attorney,

                /s/Leslie Feldman-Rumpler
                Leslie Feldman-Rumpler, Esq.
                BBO # 555792
                4 Cypress Street, Suite 7
                Brookline, MA  02445
                (617) 728-9944
                Leslie@feldmanrumplerlaw.com

Certificate of Service

I, Leslie Feldman-Rumpler, hereby certify that this motion, filed through the ECF system will be sent electronically to the registered participants, including the government, represented by: AUSA Donald Lockhart, Office of the United States Attorney, John Joseph Moakley Courthouse Building, One Courthouse Way, 9th Floor, Boston, MA 02210. A paper copy is being mailed to the defendant at the facility where he is serving his sentence.

 7/25/2024                /s/Leslie Feldman-Rumpler
Date                         Leslie Feldman-Rumpler, Esq.