No. 24-1209

UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT

_____

UNITED STATES OF AMERICA
Appellee

v.

ARIEL LEGASSA
Appellant

_____

### SECOND ASSENTED MOTION FOR ENLAREMENT OF TIME TO FILE BRIEF AND APPENDIX

With the assent of the government, the defendant, Ariel Legassa, hereby moves this Honorable Court to enlarge the time for filing his brief and appendix from September 20, 2024 through November 5, 2024. Mr. Legassa states the following grounds in support of this motion:

1.  This is an appeal from Ariel Legassa's conviction on seven counts of Mail Fraud (18 U.S.C. § 1341) and three counts of money laundering (18 U.S.C. § 1957) after a five-day jury trial that concluded on November 3, 2023. On February 27, 2024, Mr. Legassa was sentenced to 42 months in the custody of the Bureau of Prisons, and was ordered to self-report on April 8, 2024.

2. Counsel has reviewed the full set of trial transcripts as well as the transcript of the sentencing hearing, and forwarded a copy for Mr. Legassa's review. However, counsel learned on Friday, September 13, that Mr. Legassa has not in fact received the transcripts and therefore has not been able to review them. In addition, two weeks ago, counsel was appointed pursuant to the Criminal Justice Act to represent defendants in three district court cases. Two of those cases have been in process for over a year, and there is time pressure for counsel to review a large volume of discovery very quickly in those cases.

3. Additional time is necessary for Mr. Legassa to receive and review the transcripts and for counsel to confer with him and prepare and submit his brief on appeal.

4. In an email exchange between July 24 and 25, AUSA Donald Lockhart indicated the government's assent to this motion.

5. Counsel has advised Mr. Legassa of the filing of this motion, and a copy of the motion is being mailed to him.

6. No party will be prejudiced if this motion is allowed.

WHEREFORE, Mr. Legassa respectfully requests this Honorable Court to grant this motion and enlarge the time for filing Mr. Legassa's brief and appendix through November 5, 2024.

> Respectfully submitted,
>
> ARIEL LEGASSA
> By his Attorney,
>
> _/s/Leslie Feldman-Rumpler_
> Leslie Feldman-Rumpler, Esq.
> BBO # 555792
> 4 Cypress Street, Suite 7
> Brookline, MA  02445
> (617) 728-9944
> Leslie@feldmanrumplerlaw.com

Certificate of Service

I, Leslie Feldman-Rumpler, hereby certify that this motion, filed through the ECF system will be sent electronically to the registered participants, including the government, represented by: AUSA Donald Lockhart, Office of the United States Attorney, John Joseph Moakley Courthouse Building, One Courthouse Way, 9th Floor, Boston, MA 02210. A paper copy is being mailed to the defendant at the facility where he is serving his sentence.

 9/16/2024                         /s/Leslie Feldman-Rumpler
Date                               Leslie Feldman-Rumpler, Esq.