# United States Court of Appeals
## For the First Circuit

No. 24-1209

UNITED STATES,

Appellee,

v.

ARIEL LEGASSA,

Defendant - Appellant.

**ORDER OF COURT**

Entered: September 18, 2024
Pursuant to 1st Cir. R. 27.0(d)

Upon consideration of motion, it is ordered that the time for Appellant Ariel Legassa to file a brief and appendix be enlarged to and including **November 5, 2024**. We are disinclined to grant a request for further enlargement of this deadline.

By the Court:

Maria R. Hamilton, Clerk

cc:
Leslie Feldman-Rumpler
Carol Elisabeth Head
Donald Campbell Lockhart
Mackenzie Queenin
Benjamin Saltzman