No. 24-1209

UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT

_____

UNITED STATES OF AMERICA
Appellee

v.

ARIEL LEGASSA
Appellant

_____

## THIRD ASSENTED MOTION FOR ENLAREMENT OF TIME TO FILE BRIEF AND APPENDIX

With the assent of the government, the defendant, Ariel Legassa, hereby moves this Honorable Court to enlarge the time for filing his brief and appendix from November 5, 2024 through December 27, 2024. Mr. Legassa states the following grounds in support of this motion:

1.      This is an appeal from Ariel Legassa's conviction on seven counts of Mail Fraud (18 U.S.C. § 1341) and three counts of money laundering (18 U.S.C. § 1957) after a five-day jury trial that concluded on November 3, 2023. On February 27, 2024, Mr. Legassa was sentenced to 42 months in the custody of the Bureau of Prisons, and was ordered to self-report on April 8, 2024.

2. Counsel has reviewed the full set of trial transcripts but Mr. Legassa has not yet done so. A further attorney-client meeting is necessary before counsel can determine the contents of the brief to be filed.

3. In the meantime, counsel learned that she will need to have surgery, which is now scheduled for tomorrow, October 18, 2024. Counsel has been instructed to take two to three weeks off from work to recover.

5. Counsel has advised Mr. Legassa of the filing of this motion.

6. In an email exchange today, AUSA Donald Lockhart indicated the government's assent to this motion.

7. No party will be prejudiced if this motion is allowed.

WHEREFORE, Mr. Legassa respectfully requests this Honorable Court to grant this motion and enlarge the time for filing Mr. Legassa's brief and appendix through December 27, 2024.

    Respectfully submitted,

    ARIEL LEGASSA
    By his Attorney,

    _/s/Leslie Feldman-Rumpler_
    Leslie Feldman-Rumpler, Esq.
    BBO # 555792
    4 Cypress Street, Suite 7
    Brookline, MA  02445
    (617) 728-9944

## Certificate of Service

I, Leslie Feldman-Rumpler, hereby certify that this motion, filed through the ECF system will be sent electronically to the registered participants, including the government, represented by: AUSA Donald Lockhart, Office of the United States Attorney, John Joseph Moakley Courthouse Building, One Courthouse Way, 9th Floor, Boston, MA 02210. A paper copy is being mailed to the defendant at the facility where he is serving his sentence.

| | |
|---|---|
| 10/17/2024 | /s/Leslie Feldman-Rumpler |
| Date | Leslie Feldman-Rumpler, Esq. |