No. 24-1209

UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT

_____

UNITED STATES OF AMERICA
Appellee

v.

ARIEL LEGASSA
Appellant

_____

## FOURTH ASSENTED MOTION FOR ENLAREMENT OF TIME TO FILE BRIEF AND APPENDIX

With the assent of the government, the defendant, Ariel Legassa, hereby moves this Honorable Court to enlarge the time for filing his brief and appendix from December 27, 2024 through January 31.  Mr. Legassa states the following grounds in support of this motion:

1.     This is an appeal from Ariel Legassa's conviction on seven counts of Mail Fraud (18 U.S.C. § 1341) and three counts of money laundering (18 U.S.C. § 1957) after a five-day jury trial that concluded on November 3, 2023.  On February 27, 2024, Mr. Legassa was sentenced to 42 months in the custody of the Bureau of Prisons, and was ordered to self-report on April 8, 2024.

2. Mr. Legassa is serving his sentence at FMC Devens. The facility does not allow attorney-client phone calls or zoom meetings. In-person meetings are limited to Monday and Friday afternoons, for limited hours.

3. Counsel met with Mr. Legassa once in mid-September, but the meeting ended without a conclusion as to how Mr. Legassa wished to procced. Counsel was Mr. Legassa has requested a further meeting, but has also advised that attorney-client meetings have been suspended at least through January 1, 2025. He has therefore directed counsel to file this motion seeking a further enlargement of time to file the brief and appendix.

4. In an email exchange yesterday, AUSA Donald Lockwood indicated the government's assent to this motion.

5. No party will be prejudiced if this motion is allowed.

WHEREFORE, Mr. Legassa respectfully requests this Honorable Court to grant this motion and enlarge the time for filing Mr. Legassa's brief and appendix through January 24, 2025.

                    Respectfully submitted,

                    ARIEL LEGASSA
                    By his Attorney,

                    _/s/Leslie Feldman-Rumpler_
                    Leslie Feldman-Rumpler, Esq.
                    BBO # 555792
                    4 Cypress Street, Suite 7
                    Brookline, MA  02445
                    (617) 728-9944

Certificate of Service

I, Leslie Feldman-Rumpler, hereby certify that this motion, filed through the ECF system will be sent electronically to the registered participants, including the government, represented by: AUSA Donald Lockhart, Office of the United States Attorney, John Joseph Moakley Courthouse Building, One Courthouse Way, 9th Floor, Boston, MA 02210. A copy will be mailed to Mr. Legassa.

| | |
|---|---|
| _2024/12/19_ | /s/Leslie Feldman-Rumpler |
| Date | Leslie Feldman-Rumpler, Esq. |