December 28, 2024.

United States District Court
District of Massachusetts
Att: Clerk of Court
One Courthouse Way
Boston, MA 02210-3002

RECEIVED FOR FILING
IN CLERK'S OFFICE

2025 JAN 13 A 9:08

US COURT OF APPEALS
FOR THE FIRST CIRCUIT

Re.:   United States v. Ariel Legassa
       Docket No. 24-1209

Dear Sir/ Madam,

Please provide me with the Docket Sheet for case 24-1209, as well with copies of any and all pleadings and docket entries in my case filed since D.E. #179 on 06/25/2024.

I'm currently in custody and do not have otherwise access to Pacer.

Also I was appointed counsel for an appeal relating to this case and I would specifically like to have a copy of the appointment of counsel on my behalf.

Thank you in advance for your help.

Sincerely,

Ariel Legassa

Ariel Legassa
84414-509
FMC DEVENS
SATELLITE CAMP
PO BOX 879
Ayer, MA 01432

BOSTON MA 020
30 DEC 2024 PM 3 L



United States District Court
District of Massachusetts
ATTN: CLERK OF COURT
One Courthouse Way
Boston, MA 02210-3002



02210-301999