OFFICE OF THE CLERK
# UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT

ANASTASIA DUBROVSKY
CLERK

JOHN JOSEPH MOAKLEY
UNITED STATES COURTHOUSE
1 COURTHOUSE WAY, SUITE 2500
BOSTON, MA 02210
(617) 748-9057

January 15, 2025

Ariel Legassa
#84414-509
FMC Devens
PO Box 879
Ayer, MA 01432-0000

    Re: US v. Legassa
        Appeal No. 24-1209

Dear Ariel Legassa:

The court has received your letter dated December 28, 2024 in which you requested various documents and information. Enclosed please find a copy of the court's docket sheet. You are represented in this appeal by Attorney Leslie Feldman-Rumpler. A copy of the court's March 21, 2024 order appointing Attorney Feldman-Rumpler is attached. You may reach your attorney at the following address, and counsel is copied on this letter:

Leslie Feldman Rumpler
4 Cypress St, Suite 7
Brookline, MA 02146
Tel.: (617) 728-9944

Finally, you had requested copies of docket entries from the district court docket in your case. You may request these documents directly from the district court, or from your attorney.

I hope that this information is helpful to you.

Sincerely,

Anastasia Dubrovsky, Clerk

pt/avn

Encl.

cc: Leslie Feldman-Rumpler, Carol Elisabeth Head, Donald Campbell Lockhart, Mackenzie Queenin, Benjamin Saltzman