# United States Court of Appeals
## For the First Circuit

No. 24-1209

UNITED STATES,

Appellee,

v.

ARIEL LEGASSA,

Defendant - Appellant.

**ORDER OF COURT**

Entered: March 21, 2024
Pursuant to 1st Cir. R. 27.0(d)

Appellant's request for appointment of counsel on appeal is <u>granted</u>. Attorney Leslie Feldman-Rumpler is appointed as counsel under the guidelines of the Criminal Justice Act, 18 U.S.C. § 3006A.

Attorney E. Peter Parker is allowed to withdraw representation for the appellant. Attorney Parker is directed to forward the case record to Attorney Feldman-Rumpler at 4 Cypress St, Ste 7, Brookline, MA 02146 and provide proof of such service to this court by **April 4, 2024**.

On or before **April 11, 2024**, Attorney Feldman-Rumpler must file a transcript order form, accompanied by a CJA 24 voucher, or a statement certifying that the transcript of all necessary proceedings has been produced and filed in the district court or has already been authorized for production in this court.

By the Court:

Maria R. Hamilton, Clerk

cc:
Leslie Feldman-Rumpler, E. Peter Parker, Carol Elisabeth Head, Donald Campbell Lockhart, Mackenzie Queenin, Benjamin Saltzman