January 15, 2025.

Ms. Anastasia Dubrovsky
Court of Clerk
United States Court of Appeals
First Circuit
One Courthouse Way
Boston, MA 02210-3002

RECEIVED FOR FILING
IN CLERK'S OFFICE

2025 JAN 21 P 2:14

US COURT OF APPEALS
FOR THE FIRST CIRCUIT

Re.:    United States v. Ariel Legassa
        No. 24-1209

Ms. Anastasia Dubrovsky,

    I'm enclosing two letters that I sent to the court and have not been responded. Please confirm receipt of this communication since I believe the deadline to file a brief for my appeal would not be possible to achieve.

    I've been waiting to be able to file an appeal brief via the appointed counsel for almost eleven months. Unfortunately my counsel was able to meet with me only once on September 13th. of 2024. After the first and only meeting, until today just sixteen days before the deadline, I have had not effective assistance of counsil to prepare my appeal.

    As requested on the enclosed letter dated December 25th. 2024 I need your help and assistance appointing a new counsel to act in my behalf. As mentioned above the lack of effective assistance of counsil and the deadline to present a brief makes impossible for me to comply to such timeline.

    I respectfully request the court to appoint me a new counsel and extend the deadline to present a brief, considering that I'm incarcerated with new access to internet, limited phone calls, being declared by the court as indigent and with no effective assistance of counsel leaves me with no choice other than request your consideration.

I believe this matter should be reviewed by the court since I find hard to understand how is possible that an appointed counsel didn't meet with a client in time to prepare the requiered brief to successfully prepare the requested and neccessary legal documents.

At this point and with no legal assistance to help me to navigate the intricate justice system I conclude this letter with a sincere pledge for legal assistance.

Sincerely,

Ariel Legassa

December 25, 2024.

United States District Court
District of Massachusetts
One Courthouse Way
Suite 2500
Boston, MA 02210-3002
Att:   Clerk of Court

Re.:   United States v. Ariel Legassa
       Docket No. 24-1209

Dear Sir/ Madam,

I was previously appointed counsel by this Court for purpose of persuing an appeal. Unfortunately my communication with appointed counsel has been unsatisfactory.

At this point I have ineffective counsel and ask your assistance in appointing a new attorney to act in my behalf.

Please advise how I should proceed.

Sincerely,

*[signature]*

Ariel Legassa

December 28, 2024.

United States District Court
District of Massachusetts
Att: Clerk of Court
One Courthouse Way
Boston, MA 02210-3002

Re.:  United States v. Ariel Legassa
      Docket No. 24-1209

Dear Sir/ Madam,

Please provide me with the Docket Sheet for case 24-1209, as well with copies of any and all pleadings and docket entries in my case filed since D.E. #179 on 06/25/2024.

I'm currently in custody and do not have otherwise access to Pacer.

Also I was appointed counsel for an appeal relating to this case and I would specifically like to have a copy of the appointment of counsel on my behalf.

Thank you in advance for your help.

Sincerely,

Ariel Legassa

Ariel Legassa
84414-509
FMC DEVENS
SATELLITE CAMP
PO BOX 879
AYER, MA 01432

Ms. Anastasia Dubrovsky
Court of Clerk
United States Court of Appeals
First Circuit
One Courthouse Way
Boston, MA 02210-3002