No. 24-1209

UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT

_____

UNITED STATES OF AMERICA
Appellee

v.

ARIEL LEGASSA
Appellant

_____

## FIFTH ASSENTED MOTION FOR ENLAREMENT OF TIME TO FILE BRIEF AND APPENDIX

With the assent of the government, the defendant, Ariel Legassa, hereby moves this Honorable Court to grant a two-week enlargement of the time for filing his brief and appendix, from January 31 to February 14. Mr. Legassa states the following grounds in support of this motion:

1. This is an appeal from Ariel Legassa's conviction on seven counts of Mail Fraud (18 U.S.C. § 1341) and three counts of money laundering (18 U.S.C. § 1957) after a five-day jury trial that concluded on November 3, 2023. On February 27, 2024, Mr. Legassa was sentenced to 42 months in the custody of the Bureau of Prisons.

2. The undersigned counsel met with Mr. Legassa in person on January 20 to discuss the issues he is raising on appeal.

3. The brief is in progress, but counsel has a number of matters in the district court that require immediate attention this week. Some additional time is needed to complete the brief and appendix and review them prior to filing.

4. In an email exchange yesterday, AUSA Donald Lockwood indicated the government's assent to this motion. And in a Corrlinks exchange, also yesterday, Mr. Legassa directed counsel to file this motion.

5. No party will be prejudiced if this motion is allowed.

WHEREFORE, Mr. Legassa respectfully requests this Honorable Court to grant this motion and enlarge the time for filing Mr. Legassa's brief and appendix through February 14, 2025.

    Respectfully submitted,

    ARIEL LEGASSA
    By his Attorney,

    /s/Leslie Feldman-Rumpler
    Leslie Feldman-Rumpler, Esq.
    BBO # 555792
    4 Cypress Street, Suite 7
    Brookline, MA  02445
    (617) 728-9944

Certificate of Service

  I, Leslie Feldman-Rumpler, hereby certify that this motion, filed through the ECF system will be sent electronically to the registered participants, including the government, represented by: AUSA Donald Lockhart, Office of the United States Attorney, John Joseph Moakley Courthouse Building, One Courthouse Way, 9th Floor, Boston, MA 02210. A copy will be mailed to Mr. Legassa.

| | |
|---|---|
|  2024/1/28 | /s/Leslie Feldman-Rumpler |
| Date | Leslie Feldman-Rumpler, Esq. |