# United States Court of Appeals
## For the First Circuit

No. 24-1209

UNITED STATES,

Appellee,

v.

ARIEL LEGASSA,

Defendant - Appellant.

### ORDER OF COURT

Entered: January 28, 2025
Pursuant to 1st Cir. R. 27.0(d)

      Upon consideration of motion, it is ordered that the time for Appellant Ariel Legassa to file a brief and appendix be enlarged to and including **February 14, 2025**. No further extension of this deadline should be expected.

By the Court:

Anastasia Dubrovsky, Clerk

cc:
Leslie Feldman-Rumpler
Carol Elisabeth Head
Donald Campbell Lockhart
Mackenzie Queenin
Benjamin Saltzman