# United States Court of Appeals
## For the First Circuit

_____

No. 24-1209

UNITED STATES,

Appellee,

v.

ARIEL LEGASSA,

Defendant - Appellant.

_____

### ORDER OF COURT

Entered: February 27, 2025
Pursuant to 1st Cir. R. 27.0(d)

    The brief and appendix filed by appellant Ariel Legassa on February 17, 2025, are not in compliance with the following Federal Rules of Appellate Procedure and Local Rule of this court:

- **Fed. R. App. P. 32(a)(2)(C) and 32(b),** requiring that the front cover of the brief and the front cover of the appendix contain the title of the case (see Rule 12(a)). *__The caption on the appellant's brief and appendix does not match the caption used by this court.__*

- **Fed. R. App. P. 32(g)(1)**, requiring that a brief submitted under Rule 32(a)(7)(B) include a certificate of compliance by the attorney, or an unrepresented party, that the brief complies with the type-volume limitation. The certificate must state either the number of words in the brief or the number of lines of monospaced type in the brief. *__The appellant's brief exceeds 30 pages, and the certificate of compliance does not state the number of words in the brief.__*

- **1st Cir. R. 28.0(a)(1)**, requiring that the appellant include an addendum in the back of its brief, regardless of whether appellant has filed an appendix. The addendum must contain the judgments, decisions, rulings or orders appealed from, including supporting explanation (e.g., a written or transcript opinion), and in addition, where the district court or agency whose decision is under review was itself reviewing or acting upon the decision of a lower-level decision-maker, that lower-level decision as well (e.g., a recommended decision by a magistrate judge or an initial decision by an administrative law judge). *__The appellant's addendum is missing the "Amended Final Judgment" dated February 29, 2024.__*

    Appellant Ariel Legassa is ordered to file a conforming brief and appendix by **March 6, 2025**. The corrected brief and one copy of the corrected appendix must be served on all parties to

the appeal, and the certificate(s) of service must be updated to include the new date of service. The due date for appellee's brief shall run from service of the corrected brief, in accordance with Fed. R. App. P. 31.

By the Court:

Anastasia Dubrovsky, Clerk

cc:
Leslie Feldman-Rumpler
Carol Elisabeth Head
Donald Campbell Lockhart
Mackenzie Queenin
Benjamin Saltzman