# United States Court of Appeals
## For the First Circuit

No. 24-1209

UNITED STATES,

Appellee,

v.

ARIEL LEGASSA,

Defendant - Appellant.

Montecalvo, <u>Circuit Judge</u>.*

**ORDER OF COURT**

Entered: March 17, 2025

    Given the nature of the matter at issue, this court <u>grants</u> the motion to incur expenses for duplication services. The court approves expenditure of up to $1,500.00 in total duplication expenses, subject to a review of the submitted CJA 21 voucher for reasonableness and compliance with the standards set forth in the <u>Guide to Judiciary Policy</u> and the <u>CJA Reference Manual</u>. The cost of duplication may not exceed $0.20 per page. <u>See</u> <u>CJA Reference Manual</u>, § VII(B). No further expenses will be allowed under the Criminal Justice Act without further permission by this court.

                      By the Court:

                      Anastasia Dubrovsky, Clerk

cc:
Leslie Feldman-Rumpler, Carol Elisabeth Head, Donald Campbell Lockhart, Mackenzie Queenin, Benjamin Saltzman

---

* Designee of the Chief Judge, United States Court of Appeals for the First Circuit.