UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT
_____

No. 24-1209

UNITED STATES OF AMERICA
Appellee

v.

ARIEL LEGASSA
Defendant-Appellant

_____

MOTION FOR DIRECT BILLING FOR PRODUCTION AND COPYING OF
BRIEF AND JOINT APPENDIX

The undersigned counsel for the defendant, Ariel Legassa, hereby moves this Honorable Court to authorize direct payment by this Court to Boston Business Printing for the costs associated with producing, binding and delivering the Brief and Addendum and the Joint Appendix in this case.    Counsel states the following grounds in support of this motion:

1.     This is an appeal from Ariel Legassa's conviction on seven counts of Mail Fraud (18 U.S.C. § 1341) and three counts of money laundering (18 U.S.C. § 1957) after a five-day jury trial that concluded on November 3, 2023.  On February 27, 2024, Mr. Legassa was sentenced to 42 months in the custody of the Bureau of Prisons, and was ordered to self-report on April 8, 2024.

2. The undersigned counsel represents Mr. Legassa by court appointment pursuant to the Criminal Justice Act.

3. The Brief and Addendum, and the Joint Appendix were accepted for filing on March 5, 2025, and the paper copies are due to be filed on March 12.

4. The Joint Appendix consists of at least 1146 pages and will be submitted in three volumes. Boston Business Printing has provided an estimate of over $1,400.00 for the copying, binding and delivery of the paper copies that must be filed and served. The bulk of the cost is based on the Joint Appendix, which is submitted on behalf of both parties.

5. These expenses should not be borne by defense counsel until such time as a request for reimbursement would be processed.

6. This motion would have been filed sooner, but counsel has multiple district court matters, including one that she was appointed to in late February that has been particularly time-consuming since the date of the first appearance.

WHEREFORE, the defendant, Ariel Legassa respectfully requests this Honorable Court to authorize direct billing in this matter by Boston Business Printing.

Respectfully submitted,

ARIEL LEGASSA
By his Attorney,

_/s/Leslie Feldman-Rumpler_
Leslie Feldman-Rumpler, Esq.
BBO # 555792
4 Cypress Street, Suite 7
Brookline, MA  02445
(617) 728-9944
Leslie@feldmanrumplerlaw.com

Certificate of Service

I, Leslie Feldman-Rumpler, hereby certify that this motion, filed through the ECF system will be sent electronically to the registered participants, including the government, represented by: AUSA Donald Lockhart, Office of the United States Attorney, John Joseph Moakley Courthouse Building, One Courthouse Way, 9th Floor, Boston, MA 02210.

 3/11/2025                           /s/Leslie Feldman-Rumpler
Date                                 Leslie Feldman-Rumpler, Esq.