UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT
_____

No. 24-1209

UNITED STATES OF AMERICA
Appellee

v.

ARIEL LEGASSA
Defendant-Appellant

_____

AMENDED MOTION FOR DIRECT BILLING FOR PRODUCTION AND
COPYING OF BRIEF
AND JOINT APPENDIX

  The undersigned counsel for the defendant, Ariel Legassa, hereby amends the motion previously filed, seeking authorization for direct payment by this Court to Boston Business Printing for the costs associated with producing, binding and delivering the Brief and Addendum and the Joint Appendix in this case.

  The cost estimate of $1,400 that was provided in that motion turns out to have been short.  This Court authorized payment up to $1,500.  Counsel has received the invoice from Boston Business Printing, and the total amount of the invoice is $1,550.00, which is $50.00 over the amount previously authorized.

Counsel asks this Court to issue an Amended Order, authorizing $1,550.00 for the printing, copying, binding and delivery of Mr. Legassa's Brief and Addendum and the Joint Appendix.

Respectfully submitted,

ARIEL LEGASSA
By his Attorney,

/s/Leslie Feldman-Rumpler
Leslie Feldman-Rumpler, Esq.
BBO # 555792
4 Cypress Street, Suite 7
Brookline, MA  02445
(617) 728-9944
Leslie@feldmanrumplerlaw.com

<u>Certificate of Service</u>

I, Leslie Feldman-Rumpler, hereby certify that this motion, filed through the ECF system will be sent electronically to the registered participants, including the government, represented by: AUSA Donald Lockhart, Office of the United States Attorney, John Joseph Moakley Courthouse Building, One Courthouse Way, 9th Floor, Boston, MA 02210.

| 4/3/2025 | /s/Leslie Feldman-Rumpler |
|---|---|
| Date | Leslie Feldman-Rumpler, Esq. |