# United States Court of Appeals
## For the First Circuit

_____

No. 24-1209

UNITED STATES,

Appellee,

v.

ARIEL LEGASSA,

Defendant - Appellant.

_____

Montecalvo, <u>Circuit Judge</u>.[*]

_____

**ORDER OF COURT**

Entered: April 10, 2025

    Given the nature of the matter at issue, this court <u>grants</u> the amended motion to incur expenses for duplication services. The court approves expenditure of up to $1,550.00 in total duplication expenses, subject to a review of the submitted CJA 21 voucher for reasonableness and compliance with the standards set forth in the <u>Guide to Judiciary Policy</u> and the <u>CJA Reference Manual</u>. The cost of duplication may not exceed $0.20 per page. <u>See</u> <u>CJA Reference Manual</u>, § VII(B). No further expenses will be allowed under the Criminal Justice Act without further permission by this court. This order supersedes this court's order, entered on March 17, 2025, allowing appellant's motion to incur expenses for duplication services.

                          By the Court:

                          Anastasia Dubrovsky, Clerk

cc:
Leslie Feldman-Rumpler, Carol Elisabeth Head, Donald Campbell Lockhart, Mackenzie Queenin, Alexia R. De Vincentis, Benjamin Saltzman

---

[*] Designee of the Chief Judge, United States Court of Appeals for the First Circuit.