UNITED STATES COURT OF APPEALS
FIRST CIRCUIT
**Attn.: Ms. Anastasia Dubrovsky**
**Court of Clerk**
One Courthouse Way
Boston, MA 02210-3002

RECEIVED FOR FILING
IN CLERK'S OFFICE

2025 JUN 12  P 12: 55

US COURT OF APPEALS
FOR THE FIRST CIRCUIT

Re.    : United States v. Ariel Legassa
         No. 24-1209


Ms. Anastasia Dubrovsky,

I am writing to you to request a copy of the audio-recording of the
oral argument heard on June 5, 2025, in the matter entitle:
United States, Appellee, v. Ariel Legassa, Defendant, Appellant,
No.24-1209.

As you are aware, I am declared by the Honorable Court, to be indigent.
As such, I do not have the funds to pay for said audio-recording.

Please send the audio-recording to:
FMC DEVENS, SATELLITE CAMP, ATTN: S.LARKIN, CAMP COUNSELOR
PO BOX 880, AYER MA 01432.

I appreciate your continued cooperation.


Respectfully Submitted by,


Ariel Legassa
84414-509
FMC DEVENS
SATELLITE CAMP
PO BOX 879
AYER, MA 01432

ARIEL LEGASSA
84414-509
FMC DEVENS
SATELLITE CAMP
PO BOX 879
AYER, MA 01432

BOSTON MA 020
BOSTON MA 020
10 JUN 2025 PM 7 L
10 JUN 2025 PM 7 L



Dog Bite
PURPLE HEART
Forever USA

UNITED STATES COURT OF APPEALS
FIRST CIRCUIT
**ATTN: Ms. Anastasia Dubrovsky**
**Court of Clerk**
One Courthouse Way
Boston, MA 02210-3002

02210-301399

Case: 24-1209   Document: 00118299333   Page: 2   Date Filed: 06/12/2025   Entry ID: 6728506