OFFICE OF THE CLERK
# UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT

ANASTASIA DUBROVSKY
CLERK

JOHN JOSEPH MOAKLEY
UNITED STATES COURTHOUSE
1 COURTHOUSE WAY, SUITE 2500
BOSTON, MA 02210
(617) 748-9057

June 16, 2025

Ariel Legassa
#84414-509
FMC Devens
PO Box 879
Ayer, MA 01432-0000

    Re:  US v. Legassa
           Appeal No. 24-1209

Dear Ariel Legassa,

    The court has received your letter postmarked June 10, 2025, requesting a copy of the audio recording of the oral argument held in this case. In order to obtain a copy of the audio recording, you should contact your attorney Leslie Feldman-Rumpler. Counsel's contact information is as follows:

Leslie Feldman-Rumpler, Esq.
4 Cypress St, Suite 7
Brookline, MA 02146
Tel.: (617) 728-9944

I hope that this information is helpful to you.

                    Sincerely,

                    Anastasia Dubrovsky, Clerk

pt/avn

cc: Leslie Feldman-Rumpler, Carol Elisabeth Head, Donald Campbell Lockhart, Mackenzie Queenin, Alexia R. De Vincentis, Benjamin Saltzman