# United States Court of Appeals
## For the First Circuit

---

No. 24-1209

UNITED STATES OF AMERICA,

Appellee,

v.

ARIEL LEGASSA,

Defendant, Appellant.

---

**JUDGMENT**

Entered: July 30, 2025

    This cause came on to be heard on appeal from the United States District Court for the District of Massachusetts and was argued by counsel.

    Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: Ariel Legassa's convictions are affirmed.

By the Court:

Anastasia Dubrovsky, Clerk

cc:
Leslie Feldman-Rumpler
Ariel Legassa
Carol Elisabeth Head
Donald Campbell Lockhart
Mackenzie Queenin
Alexia R. De Vincentis
Benjamin Saltzman