# United States Court of Appeals
## For the First Circuit

No. 24-1209

UNITED STATES,

Appellee,

v.

ARIEL LEGASSA,

Defendant - Appellant.

**MANDATE**

Entered: August 21, 2025

    In accordance with the judgment of July 30, 2025, and pursuant to Federal Rule of Appellate Procedure 41(a), this constitutes the formal mandate of this Court.

By the Court:

Anastasia Dubrovsky, Clerk

cc:
Alexia R. De Vincentis
Leslie Feldman-Rumpler
Carol Elisabeth Head
Ariel Legassa
Donald Campbell Lockhart
Mackenzie Queenin
Benjamin Saltzman