UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT
_____

No. 24-1209

UNITED STATES OF AMERICA
Appellee

v.

ARIEL LEGASSA
Defendant-Appellant

_____

MOTION FOR LEAVE TO WITHDRAW

Pursuant to Rule 46.6(c)(2), the undersigned counsel for the defendant, Ariel Legassa, hereby moves this Honorable Court for leave to withdraw as counsel for the defendant/appellant, Ariel Legassa.

This Court issued its opinion affirming Mr. Legassa conviction on July 30, 2025 and entered Judgment on the same day.

Over the summer, counsel notified Mr. Legassa in writing that she has not been able to identify any meritorious basis to file a petition for certiorari to the United States Supreme Court, and has provided him with copies of the applicable statutes and has advised him as to the filing deadlines.

Counsel also advised Mr. Legassa that he could seek the appointment of new counsel or retain new counsel, and he has decided against either of these options. The Affidavit of Ariel Legassa is submitted herewith in support of this motion.

WHEREFORE, the undersigned counsel for Ariel Legassa respectfully requests this Honorable Court to grant her leave to withdraw.

Respectfully submitted,

ARIEL LEGASSA
By his Attorney,

 /s/Leslie Feldman-Rumpler
Leslie Feldman-Rumpler, Esq.
BBO # 555792
4 Cypress Street, Suite 7
Brookline, MA  02445
(617) 728-9944
Leslie@feldmanrumplerlaw.com

Certificate of Service

I, Leslie Feldman-Rumpler, hereby certify that this motion, filed through the ECF system will be sent electronically to the registered participants, including the government, represented by: AUSA Donald Lockhart, Office of the United States Attorney, John Joseph Moakley Courthouse Building, One Courthouse Way, 9th Floor, Boston, MA 02210.

| | |
|---|---|
| 10/15/2025 | /s/Leslie Feldman-Rumpler |
| Date | Leslie Feldman-Rumpler, Esq. |