No. 24-1209

UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT

---

UNITED STATES OF AMERICA
Appellee

v.

ARIEL LEGASSA,
Defendant/Appellant

---

AFFIDAVIT OF ARIEL LEGASSA

I, Ariel Legassa, do hereby depose and say as follows:

This affidavit is submitted in support of Attorney Leslie Feldman-Rumpler's Motion for Leave to Withdraw.

I have been advised that I can retain counsel or seek the appointment of new counsel or apply for the appointment of replacement counsel. I do not wish to pursue either of those options at this time.

SIGNED AND SWORN UNDER THE PAINS AND PENALTIES OF PERJURY.

08/14/25
Date

/s/ Ariel Legassa
Ariel Legassa