# United States Court of Appeals
## For the First Circuit

No. 24-1209

UNITED STATES,

Appellee,

v.

ARIEL LEGASSA,

Defendant - Appellant.

**ORDER OF COURT**

Entered: November 5, 2025
Pursuant to 1st Cir. R. 27(d)

      Counsel for defendant-appellant, who was appointed pursuant to the Criminal Justice Act, 18 U.S.C. § 3006A, has filed a motion for leave to withdraw pursuant to 1st Cir. R. 46.5(c). Counsel's motion indicates counsel informed appellant that counsel has not been able to identify a meritorious basis to seek certiorari. Counsel provided appellant with copies of the applicable statutes and advised appellant as to the filing deadlines. Additionally, appellant was informed that appellant could seek the appointment of new counsel or retain new counsel and declined both. Accordingly, we grant Attorney Leslie Feldman-Rumpler's motion to withdraw. See 1st Cir. R. 46.5(c).

By the Court:

Anastasia Dubrovsky, Clerk

cc:
Leslie Feldman-Rumpler
Ariel Legassa
Carol Elisabeth Head
Donald Campbell Lockhart
Mackenzie Queenin
Alexia R. De Vincentis
Benjamin Saltzman